Kent Khtikian, Esq. (#99843)
Kimberly A. Hancock, Esq. (#205567)
Katzenbach and Khtikian
1714 Stockton Street, Suite 300
San Francisco, California  94133-2930
(415) 834-1778

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL UNION NO. 3, AFL-CIO; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY PENSION TRUST; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY APPRENTICESHIP AND TRAINING TRUST FUND;  TILE INDUSTRY PROMOTION FUND OF NORTHERN CALIFORNIA, INC., a not-for-profit California corporation; TILE EMPLOYERS CONTRACT ADMINISTRATION FUND; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS PENSION FUND, <br><br>        Plaintiffs, <br><br> vs. <br><br> FIDELITY INC., a California corporation, doing business as "Tile Bella & Stone", <br><br>        Defendant. | Case No.: C 09-1722 PJH <br><br> REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [~~Proposed~~] ORDER <br><br> Date:  July 30, 2009 <br> Time:  2:30 p.m. <br> Dept.: Courtroom 3 <br> 17th Floor <br> U.S. District <br> Court <br> 450 Golden Gate <br> Ave. <br> San Francisco, CA <br> Judge: The Honorable <br> Phyllis J. <br> Hamilton |

Plaintiffs hereby respectfully request that this Court continue the case management conference in this matter, currently scheduled for July 30, 2009 at 2:30 p.m., for a period of at least 60 days until September 24, 2009 or on any date thereafter convenient to the Court.

1     Plaintiffs make this request because defendant FIDELITY INC.

2  has submitted to an audit as demanded by the Complaint in this

3  case.  The parties are currently negotiating a settlement with

4  respect to Plaintiffs' damages incurred for costs and attorney's

5  fees.  The parties expect to be able to settle this matter within

6  the next 45 days.

7     In order to not waste the Court's time and resources,

8  plaintiffs respectfully request that the case management

9  conference be continued until September 24, 2009 or any date

10  thereafter convenient to the Court.

11

12  Dated: July 24, 2009        KATZENBACH AND KHTIKIAN

13

14                By:   /S/ Kimberly A. Hancock
                         Kimberly A. Hancock

15                         Attorneys for Plaintiffs

16

17              **[~~PROPOSED~~] ORDER**

18

19     Good cause appearing, it is hereby ORDERED that the Case

20  Management Conference currently set for July 30, 2009 at 2:30 PM

    is continued to _October 22, 2009_____ at 2:30 PM in Courtroom

21  3, 17th Floor.

22

23  Date: July __28__, 2009

24

25

26                       _____

27  The Honorable Phyllis J. Hamilton
    UNITED STATES DISTRICT COURT JUDGE

28



**PROOF OF SERVICE BY MAIL**

I am a resident of the County of San Francisco, California. I am over the age of eighteen years and not a party to this action.  My business address is Katzenbach & Khtikian, 1714 Stockton Street, Suite 300, San Francisco, California 94133.  On July 24, 2009 I served a true copy of the foregoing document described as:

**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [Proposed] ORDER**

by placing a true copy thereof enclosed in a sealed envelope with first class mail postage thereon fully prepaid in the United States Mail at San Francisco, California, addressed as follows:

Lewis Phon, Esq.
4040 Heaton Court
Antioch, CA 94509
    Attorney for FIDELITY INC.


I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on July 24, 2009 in San Francisco, California.


                _/s/Alex Brown_____

                 Alex Brown