```
 1  Kent Khtikian, Esq. (#99843)
    Kimberly A. Hancock, Esq. (#205567)
 2  Katzenbach and Khtikian
    1714 Stockton Street, Suite 300
 3  San Francisco, California  94133-2930
    (415) 834-1778
 4
    Attorney for Plaintiffs
 5
 6
 7
 8               UNITED STATES DISTRICT COURT

 9               NORTHERN DISTRICT OF CALIFORNIA

10
    BRICKLAYERS AND ALLIED CRAFTWORKERS   )  Case No.: C 09-1722 PJH
11  LOCAL UNION NO. 3, AFL-CIO;           )
    TRUSTEES OF THE NORTHERN CALIFORNIA   )  REQUEST TO CONTINUE
12  TILE INDUSTRY PENSION TRUST; TRUSTEES )  CASE MANAGEMENT
    OF THE NORTHERN CALIFORNIA TILE       )  CONFERENCE AND
13  INDUSTRY HEALTH AND WELFARE TRUST FUND;) [Proposed] ORDER
    TRUSTEES OF THE NORTHERN CALIFORNIA   )
14  TILE INDUSTRY APPRENTICESHIP AND      )  Date: October 22, 2009
    TRAINING TRUST FUND;  TILE INDUSTRY   )  Time: 2:30 p.m.
15  PROMOTION FUND OF NORTHERN CALIFORNIA,)  Dept.: Courtroom 3
    INC., a not-for-profit California     )         17th Floor
16  corporation; TILE EMPLOYERS CONTRACT  )         U.S. District
    ADMINISTRATION FUND; TRUSTEES OF THE  )         Court
17  INTERNATIONAL UNION OF BRICKLAYERS AND)         450 Golden Gate
    ALLIED CRAFTWORKERS PENSION FUND,     )           Ave.
18                                        )         San Francisco, CA
          Plaintiffs,                     )  Judge: The Honorable
19                                        )         Phyllis J.
    vs.                                   )         Hamilton
20                                        )
    FIDELITY INC., a California           )
21  corporation, doing business as "Tile  )
    Bella & Stone",                       )
22                                        )
          Defendant.                      )
23  _____)
```

Plaintiffs hereby respectfully request that this Court continue the case management conference in this matter, currently scheduled for October 22, 2009 at 2:30 p.m., for a period of at least 90 days until January 21, 2010 or on any date thereafter convenient to the Court.

Plaintiffs make this request based on the following:

1. Defendant FIDELITY INC. submitted to an audit as demanded by the Complaint in this case.

2. The parties were unable to reach a settlement agreement with respect to Plaintiffs' damages incurred for costs and attorney's fees.

3. On August 28, 2009 the Clerk entered default as to defendant FIDELITY, INC.

4. Plaintiffs will be filing a Motion For Default Judgment against defendant FIDELITY, INC. within the next 60 days.

In order to not waste the Court's time and resources, plaintiffs respectfully request that the case management conference be continued until January 21, 2010 or any date thereafter convenient to the Court.

Dated: October 15, 2009        KATZENBACH AND KHTIKIAN

By: /S/ Kimberly A. Hancock
Kimberly A. Hancock
Attorneys for Plaintiffs

**[~~PROPOSED~~] ORDER**

Good cause appearing, it is hereby ORDERED that the Case Management Conference currently set for October 22, 2009 at 2:30 PM is continued to __January 21, 2010__ at ~~2:30~~ 2:00 PM in Courtroom 3, 17th Floor.

Date: October __20__, 2009

IT IS SO ORDERED
/s/ Judge Phyllis J. Hamilton

_____
The Honorable Phyllis J. Hamilton
UNITED STATES DISTRICT COURT JUDGE

**PROOF OF SERVICE BY MAIL**

I am a resident of the County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is Katzenbach & Khtikian, 1714 Stockton Street, Suite 300, San Francisco, California 94133. On October 15, 2009 I served a true copy of the foregoing document described as:

**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [Proposed] ORDER**

by placing a true copy thereof enclosed in a sealed envelope with first class mail postage thereon fully prepaid in the United States Mail at San Francisco, California, addressed as follows:

Lewis Phon, Esq.
4040 Heaton Court
Antioch, CA 94509
    Attorney for FIDELITY INC.

Fidelity, Inc. dba Tile Bella & Stone
1684 Decoto Road, #249
Union City, CA 94587

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on October 15, 2009 in San Francisco, California.

                                                            /s/Alex Brown
                                                             Alex Brown