UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL UNION NO. 3, AFL-CIO, et al.,

        Plaintiffs,

    v.

FIDELITY, INC.,

        Defendant.
_____/

No. C 09-1722 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

    Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation on plaintiffs' application for default judgment by court.

    The parties will be advised of the date, time and place of any appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED**.

Dated: April 5, 2010

                                            _____
                                            PHYLLIS J. HAMILTON
                                            United States District Judge

cc: Wings, Assigned M/J