UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRICKLAYERS AND ALLIED CRAFT-
WORKERS LOCAL UNION NO. 3, AFL-CIO,
et al.,

        Plaintiffs,

   v.

FIDELITY, INC.,

        Defendant.
_____/

No. C 09-1722 PJH

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court has reviewed Magistrate Judge's Report and Recommendation Re: Plaintiff's Motion for Default Judgment, and no objections to the report have been filed. The court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, plaintiff's motion for default judgment is GRANTED, and judgment is entered in the amount of $4100.50 in attorney's fees, and $485.00 in costs.

**IT IS SO ORDERED**.

Dated: May 28, 2010

                                                  _____
                                                  PHYLLIS J. HAMILTON
                                                  United States District Judge