UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRICKLAYERS AND ALLIED CRAFT-WORKERS LOCAL UNION NO. 3, AFL-CIO, et al.,

    Plaintiffs,

    v.

FIDELITY, INC.,

    Defendant.

_____/

No. C 09-1722 PJH

**JUDGMENT**

This action came on for hearing before the court and the issues having been duly heard and the court having granted plaintiff's motion for default judgment

    it is Ordered and Adjudged

    that the complaint is dismissed with prejudice, and judgment in plaintiff's favor is entered in the amount of $4100.50 in attorney's fees, and $485.00 in costs.

**IT IS SO ORDERED**.

Dated: May 28, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge